# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANE WONG,<br><br>Defendant. | Case No.: **25MJ3710-AHG**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Federal Officers (Felony) |

The undersigned complainant being duly sworn states:

On or about July 2, 2025, within the Southern District of California, JEANE WONG did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit a Department of Homeland Security Investigations Special Agent M.H., where such acts involved physical contact, to wit: defendant struck M.H. with their hand on the left side of M.H.'s face, while M.H. was engaged in the performance of his official duties in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//

1 | The complainant states that this complaint is based on the attached Statement of
2 | Facts incorporated herein by reference.

_____
Special Agent Adam Lane
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on July 3, 2025.

_____
Hon. Allison H. Goddard
United States Magistrate Judge

2

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on reports, interviews of witnesses, review of video, and an interview of Homeland Security Investigations ("HSI") Special Agent ("SA") M.H. by HSI SA Adam Lane.

On July 2, 2025, at approximately 12:30 p.m., JEANE WONG, a United States citizen, was detained for slapping an HSI SA, M.H., in the face with her hand.

HSI SAs and Task Force Officers were conducting an enforcement operation near the Linda Vista neighborhood in San Diego, California. During the enforcement operation, law enforcement established a perimeter to preserve the scene of previous assault. This perimeter was established and denoted by bright yellow tape marked with "POLICE LINE DO NOT CROSS" printed along it.

During witness interviews, witnesses reported that WONG was live stream recording, yelling verbal threats towards agents/task force officers, and slapped HSI SA M.H. Specifically, while recording on her cellphone, WONG was heard communicating with another woman about making sure the videos were downloading and viewable. WONG was heard saying, "[T]he officers would be sorry the longer they stayed there," and that "she wasn't the worst of the ones coming to protest." WONG was heard yelling at the agents/task force officers, calling them "nazis, racists and kidnappers." WONG was heard making the statement, "Agents are in danger and only have about 10 minutes." While agents/task force officers were providing security along the police tape, WONG approached them and began pressing her body against the police tape, stretching it inward. As WONG continued towards the agents/task force officers past the police tape's natural line, WONG advanced toward SA M.H. within inches and WONG failed to comply with law enforcement directions to step back. SA M.H. placed his hands on WONG's forearms. WONG then slapped SA M.H. on the left side of the face using her right hand, knocking his face covering down. WONG was then taken into custody. Based on my training and experience, I believe there is probable cause that WONG violated 18 U.S.C. § 111(a)(1), assault of a federal officer.